FILED'08 NOV 25 10:48USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH L. DROLLINGER,

            Plaintiff,         Civil No. 08-1216-CL

        v.                REPORT AND
                           RECOMMENDATION

DAVID ROSCO CARLSON, et al.,

            Defendants.

CLARKE, Magistrate Judge.

    Plaintiff, an inmate at the Snake River Correctional
Institution, filed a complaint under 42 U.S.C. § 1983 and
moved to proceed in forma pauperis (#1). Plaintiff's
application did not authorize the payment of the filing fee
through deductions from plaintiff's inmate trust account.

    By Order (#5) entered October 27, 2008, plaintiff was
advised that pursuant to the Deficit Reduction Act of 2005,
the filing fee for a civil action is $350. Plaintiff was

1 - REPORT AND RECOMMENDATION

further advised:

"Should plaintiff wish to proceed with this case, he
shall notify the court within 30 days of the date of this
order whether or not he authorizes the withdrawal of the full
filing fee of $350 from his prison trust account.

Plaintiff is advised that if he authorized the payment of
the fee he will be obligated to make monthly payments of 20
percent of the preceding month's income credited to his trust
account.  These payments shall be collected and forwarded by
the agency having custody of plaintiff to the Clerk of the
Court each time the amount in plaintiff's trust account
exceeds $10.00, until the filing fee of $350 is paid in full.

If plaintiff declines to authorize the withdrawal, or if
he fails to respond to this Order within 30 days, he will not
be charged a filing fee and his case will be dismissed without
prejudice."

On November 24, 2008, plaintiff filed an "Answer to Court
Order" (#9).  Plaintiff's "Answer" alleged matters about his
financial status and requested that the filing fee be
"waived."  Plaintiff did not authorize the deduction of the
filing fee as explained in the court's Order.

Accordingly, this case should be dismissed without
prejudice for failure to comply with a court order and failure
to prosecute.  Plaintiff's "Ex parte Motion for Pre-trial
Appearance by Televideo Communication (#6) should be denied as
moot.

This recommendation is not an order that is immediately
appealable to the Ninth Circuit Court of Appeals.  Any notice
of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate
Procedure, should not be filed until entry of the district
court's judgment or appealable order.  The parties shall have
ten (10) days from the date of service of a copy of this
recommendation within which to file specific written

2 - REPORT AND RECOMMENDATION

objections with the court. Thereafter, the parties have ten (10) days within which to file a response to the objections. Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation.

IT IS SO ORDERED

DATED this _25_ day of ~~October,~~ 2008.

Mark D. Clarke
United States Magistrate Judge

3 - REPORT AND RECOMMENDATION